UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARENCE JEROME JACKSON | CIVIL ACTION |
| VERSUS | NO: 09-2732 |
| BILL LOUIS MURRAY, ET AL. | SECTION: R |

**ORDER AND REASONS**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 23rd day of February, 2010.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] The Court follows the fourteen-day period for objections that became effective on December 1, 2009. 28 U.S.C. § 636(b)(1).